# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| LORENZO HARRIS, | : No. 49 WM 2022 |
| Petitioner | : |
| v. | : |
| ALLEGHENY COUNTY COURT OF COMMON PLEAS, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of April, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.